UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABE LOWE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-9080** |
| **CHALMETTE REFINING, LLC, et al** | **SECTION: G** |

## JUDGMENT

Pursuant to the Court's orders filed herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Chalmette Refining, LLC and Exxon Mobil Corporation, and against the plaintiff, Abe Lowe, III.

New Orleans, Louisiana, this  30th  day of July 2018.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. Nos. 67, 73 and 74