UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILE NUMBER 2:17-CV-9080-NJB-DEK

| | |
|---|---|
| **ABE LOWE, III**<br><br>Plaintiff<br><br>v.<br><br>**EXXONMOBIL OIL CORPORATION, EXXONMOBIL DBA**<br><br>**EXONMOBIL REFINING & SUPPLY**<br><br>Defendant | **Notice of Appeal** |

Notice is hereby given that **ABE LOWE, III** (Plaintiff) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 30th day of July, 2018.

　　　　　　　　　　　　　　　　　　　 _/s/ Leo Caillier III_____
　　　　　　　　　　　　　　　　　　　Leo Caillier III (#36158)
　　　　　　　　　　　　　　　　　　　CAILLIER & ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　　711 Second Street
　　　　　　　　　　　　　　　　　　　Gretna, LA 70053
　　　　　　　　　　　　　　　　　　　Telephone: (504) 717-5402
　　　　　　　　　　　　　　　　　　　Facsimilie: (504) 345-2379
　　　　　　　　　　　　　　　　　　　leo@caillierandassociates.com
　　　　　　　　　　　　　　　　　　　Attorney for Abe Lowe, III