IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-30973

ABE LOWE, III,

        Plaintiff - Appellant

A True Copy
Certified order issued Dec 17, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

v.

CHALMETTE REFINING, L.L.C.; EXXON MOBIL, doing business as Exxon Mobil Refining & Supply; EXXON MOBIL CORPORATION, improperly identified as Exxon Mobil Oil Corporation,

        Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 17, 2018, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

                                        LYLE W. CAYCE
                                        Clerk of the United States Court
                                        of Appeals for the Fifth Circuit

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT